IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RONNIE COLLVER                                                                          PLAINTIFF

v.                                      No. 4:20-cv-157-DPM

LEVAN DONADZE and
STARWAY LOGISTICS, LLC                                                        DEFENDANTS

## JUDGMENT

Collver's complaint is dismissed with prejudice. The Court retains jurisdiction until 5 March 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2021